NUMBER
13-10-00080-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

 

___________________________________________________________

 

DAVINA
CLAY,                                                                               Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                 Appellee.

____________________________________________________________

 

                           On
appeal from the 117th District Court

                                       of
Nueces County, Texas.

____________________________________________________________

 

                                MEMORANDUM
OPINION

 

      Before
Chief Justice Valdez and Justices Rodriguez and Vela 

                               Memorandum
Opinion Per Curiam

 








Appellant,
Davina Clay, by and through her attorney, has filed a motion to dismiss her
appeal because she no longer desires to prosecute it.  See Tex. R. App. P. 42.2(a).  Without
passing on the merits of the case, we grant the motion to dismiss pursuant to
Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal.  Having
dismissed the appeal at appellant's request, no motion for rehearing will be
entertained, and our mandate will issue forthwith.  Any pending motions are
dismissed as moot.

 

PER
CURIAM

Do not
publish.  See Tex. R. App. P.
47.2(b).  

Delivered and filed the 18th

day of November, 2010.